UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARANVIR S.,

      Petitioner,

    v.

ORESTES CRUZ, *et al.*,

      Respondent,

Case No.  1:26-cv-0055-TLN-JDP

ORDER

The court granted petitioner's request for a preliminary injunction and referred the matter to me for further proceedings.  ECF No. 10.  On January 12, 2026, I ordered the parties to submit a joint status report addressing their plan to proceed.  ECF No. 13.  In response, the parties have filed a stipulation asking to stay this matter until the Court of Appeals renders decision in *Rodriguez Vasquez v. Bostock*, 779 F. Supp. 3d 1239 (W.D. Wash. 2025), Ninth Circuit docket no. 25-6842.  ECF No. 12.  I find it unnecessary to delay judgment.  While the decision in *Rodriguez Vasquez* may be of some relevance to the general issues presented here, a somewhat unsettled legal landscape does not justify an indefinite stay of the matter before this court.  Notably, *Rodriguez Vasquez* has yet to be argued and was only recently submitted.

If additional briefing is needed to decide the merits, within fourteen days of the date of this order, respondents may file an answer.  If respondents file an answer, petitioner may file a traverse within seven days.  If respondents do not file an answer by this deadline, the matter will

1

be deemed submitted.

Accordingly, it is hereby ORDERED that if additional briefing is needed, respondents may file an answer within fourteen days of the date of this order. If respondents file an answer, petitioner may file a traverse within seven days. If respondents do not file an answer by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:     February 25, 2026                          _____

                                                                            JEREMY D. PETERSON
                                                                            UNITED STATES MAGISTRATE JUDGE

2